# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 14, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153309(109)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANDREW MAURICE RANDOLPH,
     Defendant-Appellant.

SC: 153309
COA: 321551
Genesee CC: 13-033003-FC

_____/

     On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED. The brief will be accepted as timely filed if submitted on or before August 9, 2017. The same extension is given to plaintiff-appellee to file its supplemental brief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 14, 2017



Clerk